In the Matter of the Application of LeGrand C. Tibbits and Others, Respondents, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and The Board of Review of the City of Albany, New York, Appellants.— Certiorari to review assessment made by the commissioner of assessment and taxation of Albany. The land at 527 Broadway was assessed at $124,000 and the building at $6,000, a total of $130,000. Relators complained of over-assessment and inequality, and sought reduction to $65,000. The property is located on the easterly side of Broadway, not the " sunny side of the street." The building is of brick and three stories high, and over 100 years old, and produced a rental in 1933 of about $565. Relators' experts testified that the property was worth approximately $35,000, and the city's experts that it was worth approximately $132,000. It was rented for a period to commence after trial at an annual rental of $5,400, with an option to purchase at $50,000. The Special Term reduced the assessment to $68,040. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of Retail Properties, Inc., Respondent, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and The Board of Review of the City of Albany, New York, Appellants.— An appeal from a judgment modifying the assessment for the year 1933 of the premises and property at 27 North Pearl street of the Retail Properties, Inc. The assessment complained of was $600,000; the decision reduced it to the amount of $425,000, the amount demanded in the application to the assessors. Judgment and order unanimously affirmed, with costs. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of The Mosher Corporation, Respondent, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and The Board of Review of the City of Albany, New York, Appellants.— Appeal by respondents from a final order and judgment entered in the Albany county clerk's office on December 12, 1934, confirming the report of the referee in a certiorari proceeding to review an assessment for taxation for the year 1933 upon property of relator in the city of Albany. These premises were assessed at $102,000, and relator asked for a reduction to $50,000. The referee found the full value to be $68,400, with equalization rate eighty-one per cent, and reduced the assessment accordingly to $55,400. Aside from the usual expert testimony as to value, the proof shows that the total income received from the premises during the tax year in question was $6,100. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of R. B. Wing & Son Corporation, Respondent, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and The Board of Review of the City of Albany, New York, Appellants.— Appeal from judgment modifying the assessment for the year 1933 of premises No. 384 Broadway in the city of Albany. The assessment complained of was $80,000; the decision reduced it to $46,000, the amount demanded in the application to the assessors. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.